UNITED STATES of America, Plaintiff–Appellee,

v.

Raynard McDOWELL, Defendant–Appellant.

No. 06–3007.

United States Court of Appeals, Seventh Circuit.

Submitted May 10, 2007.

Decided Oct. 1, 2007.

Rehearing and Rehearing En Banc Denied Nov. 20, 2007.

Edmond E. Chang, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Raynard McDowell, Talladega, AL, pro se.

Before Hon. RICHARD A. POSNER, Circuit Judge, Hon. DIANE P. WOOD, Circuit Judge and Hon. TERENCE T. EVANS, Circuit Judge.

**ORDER**

The defendant was convicted of drug-related offenses and given a long prison sentence. He appealed, and we remanded the case for an evidentiary hearing on his contention that the prison had destroyed tapes of a telephone call that would show that the government had promised to seek a sentence reduction for him under Fed. R.Crim.P. 35(b) for providing the govern-

ment with substantial assistance, and the promise had been broken. On remand, the district court conducted an evidentiary hearing and found that no promise had been made. The finding is not clearly erroneous, and the judgment denying the motion to compel the government to file a Rule 35(b) motion is therefore

AFFIRMED.